JUSTICE MORRIS
dissents.
¶58 I dissent. I agree with that portion of Justice Wheat’s dissent that deems ambiguous Part C of the Monroes’ policy. ¶ 53. I believe that Part C presents a situation where the definition of “underinsured motor vehicle” reasonably could be construed in two different ways by a consumer with average intelligence, but untrained in the law or the insurance business. Mitchell v. State Farm Ins. Co., 2003 MT 102, ¶ 26, 315 Mont. 281, 68 P.3d 703. The construction most favorable to the insured must prevail where this ambiguous definition attempts to exclude the liability of the insurer. Pablo v. Moore, 2000 MT 48, ¶ 17, 298 Mont. 393, 995 P.2d 460. The District Court construed this ambiguous definition in favor of Safeco. I would reverse the District Court’s grant of summary judgment in favor of Safeco and remand for further proceedings.